UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

*Elizabeth Carrion, et al. v. Bayer Corp.,* No. 3:12-cv-10704-DRH-PMF *et al.*[1]

*April Dugger, et al. v.* No. 3:11-cv-12436-DRH-PMF *Bayer HealthCare Pharmaceuticals Inc., et al.*[2]

*Jordon Henderson, et al. v. Bayer Corp.,* No. 3:12-cv-10700-DRH-PMF *et al.*[3]

*Paula Krutilek, et al. Bayer Corp., et al.*[4] No. 3:12-cv-10698-DRH-PMF

*Elizabeth Stillion, et al. v. Bayer Corp.,* No. 3:12-cv-10855-DRH-PMF *et al.*[5]

## ORDER DISMISSING WITH PREJUDICE

**HERNDON, Chief Judge:**

This matter is before the Court on the defendant Bayer HealthCare Pharmaceuticals Inc.'s motion, pursuant to Case Management Order 12 ("CMO 12"), for an order dismissing the plaintiffs' claims, in the above-captioned matters, with prejudice for failure to comply with Plaintiff Fact Sheet ("PFS") obligations.

---

[1] This motion applies only to plaintiffs Andria Bowman and Elizabeth Carrion.
[2] This motion applies only to plaintiff April Dugger.
[3] This motion applies only to plaintiffs Mychelle Dixson, Courtney Green and Jordon Henderson.
[4] This motion applies only to plaintiffs Paula Krutilek, Gaynell Walters, and Michelle Wright.
[5] This motion applies only to plaintiff Monica McClary.

On February 8, 2013, Bayer HealthCare Pharmaceuticals Inc. moved to dismiss the above captioned matters without prejudice for failure to comply with PFS obligations. The Court granted the motion on March, 11, 2013.

In the order dismissing the above captioned actions, the Court warned the plaintiffs that, "pursuant to CMO 12 Section E, **unless plaintiffs serve defendants with a COMPLETED PFS or move to vacate the dismissal without prejudice within 60 days after entry of this Order, the Order will be converted to a <u>Dismissal With Prejudice</u> upon defendants' motion.**"

On May 20, 2013, Bayer HealthCare Pharmaceuticals Inc. filed the subject motion stating the plaintiffs are still not in compliance with their PFS obligations and asking the Court to convert the dismissals to dismissals with prejudice pursuant to Section E of CMO 12,

Having considered the motion and the relevant provisions of CMO 12 the Court **ORDERS** as follows:

The plaintiffs in the above captioned actions have failed to comply with their obligations pursuant to CMO 12 and more than 60 days have passed since the entry of the order of dismissal without prejudice for failure to comply with CMO 12. Accordingly, pursuant to Section E of CMO 12, **the plaintiffs' complaints are hereby dismissed WITH prejudice**.

**Further**, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same **at the close of the case**.

SO ORDERED:

Digitally signed by David R. Herndon
Date: 2013.07.17 16:00:17 -05'00'

**Chief Judge**  
**United States District Court**

Date: July 17, 2013